**Electronically Filed
Supreme Court
SCWC-18-0000534
16-OCT-2019
08:07 AM**

SCWC-18-0000534

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

PAMELA JOY NAILE,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000534; CASE NO. 1DCW-17-0003051)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Pamela Joy Naile's

application for writ of certiorari filed on August 30, 2019, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, October 16, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

